83,607-01

Court of Criminal Appeals of Texas                7-26-15
P.O. box 12308, Capitol station,
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

Re: Tr. Ct. No. 23156
     WR- 83,607-01

Abel Acosta, Clerk.

        I'm Writing in regards to the Application for 11.07 Writ of habeas
Corpus that was recieved and presented to the Court on 7/17/2015. My Consern is
because the Lower Court, in Eastland County failed to Abide by Section 7 of TCCP 11.07
And provide me with Copies of Anything filed And a Certificate, Since they failed
to Abide by the rules of 11.07, i want to bring it to this Courts Attention, That my
Application for 11.07 Writ of habeas Corpus had a (11)eleven page Memorandum, And 17
exhibits attatched to it.
I fear that the Court may not have fowarded the Complete Writ of habeas Corpus And all
attachments, If they did not attach the Above mentioned attachments, please
notify me immediatly. i would greatly appriciate it.
Thank you for your time and attention in this matter. I do have a Copy of my
Memorandum that i can foward to this Court.

                        Sincerely.

                        Ryan Kristopher James Dennis
                            TDCJ # 01894884
                        Dick Ware Unit
                            1681 S. FM 3525
                        Colorado City, Tx
                            79512